UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OSDANY BENAVIDES-VALDES, <br> Petitioner, | § § § | |
| v. | § § | Civil Action No. 1:20-cv-00084 |
| JOSE GARCIA LONGORIA, JR., *et al.*, <br> Respondents. | § § § § | |

## ORDER

Before the Court is Jose Garcia Longoria, Jr., et. al.'s ("Respondents") "Status Update Regarding Petitioner's Custody Status" ("Status Update") (Docket No. 5) informing the Court that Osdany Benavides-Valdes ("Petitioner") is no longer detained. Therefore, Petitioner's "Petition for Writ of Habeas Corpus" (Docket No. 1) and "Petitioner's Opposed Motion for an Order to Show Cause Requiring Respondents to Timely Respond" (Docket No. 3) are **MOOT**[1]. Accordingly, Petitioner's claims against Respondents are **DISMISSED without prejudice**. The District Clerk's Office is **ORDERED** to close this case.

Signed on this 17th day of June, 2020.

Rolando Olvera
United States District Judge

---

[1] The Court does not construe Respondents' Status Update to be a motion to dismiss as suggested in Petitioner's "Response to Respondents' Status Update Regarding Petitioner's Custody" (Docket No. 7).